UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL CASE NO.: 9:09-cv-82455-KAM

GINA R. ORTIZ,

        Plaintiff,

vs.

FINANCIAL RECOVERY SERVICES, INC.
and RESURGENT CAPITAL SERVICES, L.P.,

        Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Financial Recovery Services, Inc. ("FRS"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendants, FRS and Resurgent Capital Services, L.P., have reached a settlement with regard to all claims in this case, including all claims for damages, costs, and fees as to all parties. The parties are presently drafting, finalizing, and executing the written settlement agreement and release. Upon full and complete execution of the mutually agreeable settlement agreement and release, the parties will execute and file a joint stipulation for dismissal with prejudice.

DATED this 9th day of March 2010.

Respectfully Submitted,

/s/ Kenneth C. Grace, Esq. - 0658464
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
kgrace@sessions-law.biz
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
eblanco@sessions-law.biz
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
dvanhoose@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618
Telephone No.: (813) 890-2465
Facsimile No.: (866) 466-3140

Counsel for FRS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2010, a true and correct copy of the foregoing was electronically filed in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL  33339

/s/ Kenneth C. Grace – 0658464
Kenneth C. Grace, Esq.